UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>          Plaintiff,<br><br>     v.<br><br>DWIGHT NEVIN, et al.,<br><br>          Defendants. | Case No. 2:07-cv-00162-MMD-VCF<br><br>ORDER<br><br>(Request for Copies of Filings – Dkt. no. 100)<br><br>(Motion for Restraining Order – Dkt. no. 101) |

    Before this Court are Plaintiff's Notice of Change of Address, which includes a request for copies of all filings in this case since the time of his move (dkt. no. 100), and Plaintiff's Motion for a Restraining Order (dkt. no. 101). The two Motions are related because Plaintiff requests a restraining order against parties he claims prevented him from informing the Court of his change of address. (*See* dkt. no. 101.)

    The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not allowed plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders); *Collins v. Goord,* 438 F. Supp. 2d 399, 416 (S.D.N.Y. 2006) (same). Plaintiff here demonstrates the requisite need because of his

recent change of address. The Court therefore GRANTS his motion. Because the Court grants Plaintiff's request to be sent the filings in this case, his Motion for a Restraining Order is denied.

IT IS THEREFORE ORDERED that Plaintiff's request for copies of the documents in this case (dkt. no. 100) is GRANTED. Plaintiff shall receive copies of any filings submitted between June 15, 2012, and June 29, 2012.

IT IS FURTHER ORDERED that Plaintiff's Motion for a Restraining Order is DENIED.

DATED THIS 12th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE