## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JOSEPH ANTONETTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:07-cv-00162-MMD -VCF |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Dated: July 24, 2012 |

PRESENT:     THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:     Mai Tieu     RECORDER:     None

COUNSEL FOR PLAINTIFF(S):     None Appearing

COUNSEL FOR DEFENDANT(S):     None Appearing

    Before the court is plaintiff Joseph Antonetti's Motion for Return to High Desert State Prison. (#98). Defendants filed an Opposition (#102), and plaintiff did not file a Reply.

    Plaintiff filed his motion on June 28, 2012, asking this court to "intervene" and return him to High Desert State Prison so that "he can access his legal materials." (#98). On July 9, 2012, plaintiff filed a notice of change of address to High Desert State Prison, P.O. Box 650, Indian Springs, NV 89018. (#100). In defendants' opposition to the motion, defendants provided the court with an External Movement History for plaintiff Antonetti (#102 Exhibit A), indicating that plaintiff was moved to High Desert State Prison on June 29, 2012. (#102).

    IT IS ORDERED that plaintiff Joseph Antonetti's Motion for Return to High Desert State Prison (#98) is DENIED as moot.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**