1  CATHERINE CORTEZ MASTO
   Attorney General
2  FREDERICK J. PERDOMO
   Deputy Attorney General
3  Nevada Bar No. 10714
   PAUL T. YOUNG
4  Deputy Attorney General
   Nevada Bar No. 12529
5  Bureau of Litigation
   Public Safety Division
6  100 No. Carson St.
   Carson City, NV  89701-4717
7  Tel: 775-684-1250 / 775-684-1136
   Fax: 775-684-1275
8  E-Mail: fperdomo@ag.nv.gov / pyoung@ag.nv.gov

9  *Attorneys for Defendants Dwight*
   *Neven, Isidro Baca, Willontray*
10 *Holmes, and Bruce Stroud*

11              **UNITED STATES DISTRICT COURT**

12                 **DISTRICT OF NEVADA**

13 JOSEPH ANTONETTI,                    Case No.:  2:07-cv-00162-MMD-VCF

14              Plaintiff,              **DEFENDANTS' MOTION
                                        TO APPEAR TELEPHONICALLY FOR**
15      v.                             **THE AUGUST 13, 2014, HEARING**

16 WARDEN NEVEN, et al.,

17              Defendants.

18        Defendants, Dwight Neven, Isidro Baca, Willontray Holmes, and Bruce Stroud, by and

19 through its counsel of record, Catherine Cortez Masto, Attorney General of the State of

20 Nevada, Frederick J. Perdomo, Deputy Attorney General, and Paul T. Young, Deputy

21 Attorney General, hereby move to appear telephonically for the August 13, 2014, 2:00 p.m.

22 hearing regarding the proposed joint pretrial order.

23              **MEMORANDUM OF POINTS AND AUTHORITIES**

24        Pursuant to the Court's July 25, 2014, Minute Order (Docket #213), the Court set a

25 hearing regarding the proposed joint pretrial order.  However, the hearing is in Las Vegas,

26 Nevada and both Deputy Attorneys General Frederick Perdomo and Paul Young are located

27 in Carson City, Nevada.  Importantly, if defense counsel appears by telephone there will be

28 no prejudice to Plaintiff or Defendants.  Therefore, in the interest of the Defendants and their

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

                                        1

1    counsel, Defendants respectfully request that they are granted leave to appear for the

2    August 13, 2014, hearing telephonically.

3           DATED this 30th day of July, 2014.

4                                              CATHERINE CORTEZ MASTO
                                               Attorney General
5

6                                              By:  _____
                                                    Frederick J. Perdomo
7                                                   Paul T. Young
                                                    Deputy Attorney General
8                                                   Public Safety Division

9                                              *Attorneys for Defendants*

10

11

12

13          The call in conference number is 1-702-868-4911, passcode 123456.

14

15

16

17          IT IS SO ORDERED.

18          _____

19          UNITED STATES MAGISTRATE JUDGE

20          DATED:  _____July 30, 2014_____

21

22

23

24

25

26

27

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

28

2

**CERTIFICATE OF SERVICE**

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 30th day of July, 2014, I caused to be deposited for mailing a copy of the foregoing **DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY FOR THE AUGUST 13, 2014, HEARING**, addressed as follows:

JOSEPH ANTONETTI #80590
ELY STATE PRISON
P. O. BOX 1989
ELY, NV 89301

_____
An Employee of the office of
The Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

3